

# Pandit Law

**Jason Baer**
jbaer@panditlaw.com

December 19, 2018

*Via Certified Mail*
*Return Receipt No. 9414 7116 9900 0719 8998 53*
Alisam Enterprises, LLC
Through its Registered Agent
Royce Brewer-Vogt
4300 NE Loop 410, Ste 150
San Antonio, TX 78218

      Re: Kieron Young, et al vs. Henry Healy, et al
         Suit No: 2018-11574, Div. N-8
         Civil District Court, Parish of Orleans
         Our File No. 102.164

Dear Sir/Madam:

  Pursuant to Federal Rules of Civil Procedure, Rule 4, and the Louisiana Long Arm Statute, La. R.S. 13:3201, et seq., we hereby serve upon you a Citation and Petition for Damages filed on behalf of Jatovenia Walker and Kieron Young in connection with the above-referenced matter.

  Please file an Answer within twenty-one (21) days of receipt of this Long-Arm Statute Notice.

  **If there is an insurance company that provided you with automobile liability insurance at the time of this accident, please forward these documents to their attention.**

  With kind regards, I remain

           Sincerely,

           *Jason M. Baer*
           Jason M. Baer

JMB/sfc
Enclosure

**EXHIBIT A**



ATTORNEY'S NAME:  Pandit, Rajan 32215
AND ADDRESS:  1100 Poydras Street, Suite 1405, New Orleans, LA 70163

## CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS
## STATE OF LOUISIANA

NO: 2018-11574         DIVISION: N         SECTION: 08

YOUNG, KIERON

Versus

HEALY, HENRY

### CITATION - LONG ARM

TO:  ALISAM ENTERPRISES, LLC
THROUGH:  THE LOUISIANA LONG ARM STATUTE ITS REGISTERED AGENT: ROYCE BREWER-VOGT
4300 NE LOOP 410, STE. 150, SAN ANTONIO, TX 78218

**YOU HAVE BEEN SUED:**

You must either comply with the demand contained in the

Petition for Damages

a certified copy of which accompanies this citation, or file an answer or other legal pleading in the office of the Clerk of this Court, Room 402, Civil Courts Building, 421 Loyola Avenue, New Orleans, LA, within thirty (30) days after the filing in the record of the affidavit of the individual attesting to the manner of delivery made through the "Long Arm Statute" under penalty of default.

### ADDITIONAL INFORMATION

Legal assistance is advisable. If you want a lawyer and can't find one, you may call the New Orleans Lawyer Referral Service at 504-561-8828. This Referral Service operates in conjunction with the New Orleans Bar Association. If you qualify, you may be entitled to free legal assistance through Southeast Louisiana Legal Services (SLLS) at 877-521-6242 or 504-529-1000.

********COURT PERSONNEL ARE NOT PERMITTED TO GIVE LEGAL ADVICE********

IN WITNESS HEREOF, I have hereunto set my hand and affix the seal of the Civil District Court for the Parish of Orleans, State of LA November 19, 2018

Clerk's Office, Room 402, Civil Courts
421 Loyola Avenue
New Orleans, LA

CHELSEY RICHARD NAPOLEON, Clerk of
The Civil District Court
for the Parish of Orleans
State of LA
by _____
Don'Dre Spiller, Deputy Clerk

### SHERIFF'S RETURN
(for use of process servers only)

| PERSONAL SERVICE | DOMICILIARY SERVICE |
|---|---|
| On this _____ day of _____ served a copy of the within **Petition for Damages** ON ALISAM ENTERPRISES, LLC THROUGH: THE LOUISIANA LONG ARM STATUTE ITS REGISTERED AGENT: ROYCE BREWER-VOGT Returned the same day No. _____ _____ Deputy Sheriff of _____ Mileage: $ _____ / ENTERED / PAPER    RETURN ___/___    ___/___ SERIAL NO.  DEPUTY  PARISH | On this _____ day of _____ served a copy of the within **Petition for Damages** ON ALISAM ENTERPRISES, LLC THROUGH: THE LOUISIANA LONG ARM STATUTE ITS REGISTERED AGENT: ROYCE BREWER-VOGT by leaving same at the dwelling house, or usual place of abode, in the hands of _____ a person of suitable age and discretion residing therein as a member of the domiciliary establishment, whose name and other facts connected with this service I learned by interrogating HIM/HER the said ALISAM ENTERPRISES, LLC being absent from the domicile at time of said service. Returned the same day _____ No. _____ Deputy Sheriff of _____ |

ID: 10066412                    Page 1 of 1

2018-11574

N

Section 8

FILED
2018 NOV 16 P 02:34
CIVIL
DISTRICT COURT

CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS

STATE OF LOUISIANA

NO.:                                                                   DIVISION: " "

KIERON YOUNG AND JATOVENIA WALKER

VERSUS

HENRY FRANKLIN HEALY, JR., ALISAM ENTERPRISES, LLC,
AND AMTRUST INSURANCE COMPANY OF KANSAS, INC.

FILED:_____            _____
                                                                            DEPUTY CLERK
*************************************************************************

## PETITION FOR DAMAGES

NOW INTO COURT, through undersigned counsel, come Plaintiffs, KIERON YOUNG AND JATOVENIA WALKER, who respectfully submit the following Petition for Damages:

### I. INTRODUCTION

1.

This cause of action arises out of a motor vehicle accident that occurred on or about November 22, 2017 in the Parish of Orleans, State of Louisiana.

### II. THE PARTIES

2.

Made Plaintiffs herein are:

KIERON YOUNG ("Kieron"), a person of the full age of the majority and resident of and domiciled in the Parish of Orleans, State of Louisiana; and

JATOVENIA WALKER ("Jatovenia"), a person of the full age of the majority and resident of and domiciled in the Parish of Orleans, State of Louisiana.

3.

Made Defendants herein are:

HENRY FRANKLIN HEALY, JR. ("Defendant Healy"), a person of the full age of the majority and resident of and domiciled in the County of Wilson, State of Texas;

ALISAM ENTERPRISES, LLC (hereinafter, "Alisam"), a foreign corporation, authorized to do and doing business in the State of Louisiana, who upon information and belief was at all

1

E-Filed

2018-11574

N

Section 8

FILED
2018 NOV 16  P 02:34
CIVIL
DISTRICT COURT

times relevant herein the owner of the vehicle that caused the November 22, 2017 motor vehicle collision at issue and the entity that employed Defendant Healy while he was driving in the course and scope of his employment at the time of the November 22, 2017 motor vehicle collision; and

AMTRUST INSURANCE COMPANY OF KANSAS, INC., (hereinafter, "Amtrust"), a foreign insurance company authorized to do and doing business in the State of Louisiana, who upon information and belief was at all times relevant hereto the insurer of the vehicle driven by Defendant Healy and owned by Alisam.

### III. VENUE

4.

Venue in this Court is proper according to Louisiana Code of Civil Procedure, Articles 42 and 74, *et seq*. because the wrongful conduct occurred in Orleans Parish, and the Plaintiffs are all domiciled in Orleans Parish.

### IV. JURISDICTION

5.

This Court has personal jurisdiction over Alisam pursuant to La. R.S. § 13:3201 because it (1) is a foreign or domestic entity doing business in and regularly transacting business in Louisiana, (2) regularly contracts to supply services in Louisiana, and (3) has minimum contacts in Louisiana such that maintenance of this suit will not offend traditional notions of fair play and substantial justice (including purposefully directing its business to those within this state). This Court has personal jurisdiction over Amtrust pursuant to La. R.S. § 13:3201 because it (1) is a foreign insurer authorized to do business in and regularly transacting business in Louisiana, (2) regularly contracts to supply insurance in Louisiana, and (3) has minimum contacts in Louisiana such that maintenance of this suit will not offend traditional notions of fair play and substantial justice (including purposefully directing its business to those within this state).

6.

This Court has original subject matter jurisdiction over this cause of action.

2

E-Filed

2018-11574

N

Section 8

FILED
2018 NOV 16 P 02:34
CIVIL
DISTRICT COURT

## V. FACTS OF CRASH

7.

On or about November 22, 2017, Kieron was the owner and a passenger of a 2013 Kia Optima bearing VIN No. 5XXGR4A69DG151566, which was being driven by Britney Joshua, travelling west bound on I-10.

8.

Plaintiff, Jatovenia Walker, was also a passenger in the vehicle owned by Kieron at the time of the November 22, 2017 crash.

9.

At the same date and time, Defendant Healy, was driving a 2005 Kenworth W900 (VIN: 1XKWD49X55J080276), with an attached trailer bearing TX License Plate No. R271938, also travelling west bound on I-10.

10.

Defendant Healy attempted to change into Plaintiffs' lane of travel, negligently failing to notice their vehicle and causing the vehicles to collide.

11.

As a result of Defendant Healy colliding with Plaintiffs' vehicle, passengers, Kieron and Jatovenia, were violently jolted inside the vehicle.

12.

The vehicle being driven by Defendant Healy was owned by Alisam and Defendant Healy was within the course and scope of his employment with Alisam when he crashed into Plaintiffs' vehicle.

## VI. FAULT OF HENRY FRANKLIN HEALY, JR.

13.

The above described November 22, 2017, motor vehicle collision and the resulting injuries to Plaintiffs were solely and proximately caused through the negligence of Defendant, Henry Franklin Healy, Jr., which negligence includes, but is not limited to, the following actions and/or inaction:

a) Failing to yield;

3

E-Filed

2018-11574

N

Section 8

FILED
2018 NOV 16 P 02:34
CIVIL
DISTRICT COURT

b) Failing to use reasonable vigilance;

c) Disregarding traffic conditions;

d) Gross negligence;

e) Failing to maintain proper control of a vehicle;

f) Failing to maintain a proper lookout and/or being distracted or inattentive;

g) Failing to take all reasonable evasive action to avoid a collision at issue herein;

h) Failing to yield;

i) Failing to properly change lanes;

j) Operating of the vehicle in a reckless and/or negligent manner;

k) Acting in violation of the laws of the State of Louisiana and/or the Parish of Orleans, all of which acts may be properly proven at the trial of this matter; and

l) Any and all other acts of negligence or fault which may be proven during the investigation and/or trial of this matter and that violate the laws of Louisiana and/or applicable ordinances which are hereby pleaded and adopted by reference.

VII. FAULT OF ALISAM TRUCKING, INC.

14.

As a result of the foregoing, and as per applicable Louisiana law including, but not limited to, the Doctrines of Respondeat Superior; negligent entrustment; negligent hiring, training, and supervision; principal and agent; permissive use; vehicle owner with responsibility for maintenance and upkeep; and/or master-servant doctrines, said Alisam is a proper party-defendant and is responsible for the negligence and/or liability attributed to Defendant Healy.

VIII. LIABILITY OF AMTRUST INSURANCE COMPANY

15.

Amtrust, at all times relevant herein, had in full force and effect a policy of automobile liability insurance coverage in favor of defendants, Alisam, as owner, and Defendant Healy, as operator of the insured vehicle, for his negligence in connection with the November 22, 2017 motor vehicle collision at issue herein.

4

E-Filed

2018-11574

N

Section 8

FILED
2018 NOV 16  P 02:34
CIVIL
DISTRICT COURT

As a result of the foregoing and as per applicable Louisiana law, Amtrust has been named herein as party-defendant and is answerable and/or responsible for the negligence and/or liability of Defendant Healy and Alisam.

### IX. DAMAGES

16.

As a result of said November 22, 2017 motor vehicle collision, Kieron suffered personal and bodily injuries including, but not limited to, injuries to his neck and back. All of his damages are serious in nature and require continuing medical care and treatment. The full residual effects are not yet known.

17.

Kieron's injuries and damages were directly caused by the negligent acts and omissions and/or commissions on the part of Defendant Healy and his failure to operate his vehicle in a proper, prudent, and safe manner.

18.

As a result of the motor vehicle collision at issue, Kieron suffered severe physical and mental injuries as well as inconvenience, entitling him to recover damages including, but not limited to:

a) Past, present, and future mental pain and suffering;

b) Past, present, and future physical pain and suffering;

c) Past, present, and future medical expenses;

d) Loss of enjoyment of life;

e) Past, present, and future lost wages;

f) Loss of earning capacity; and

g) All damages allowed under Louisiana law which may be proven at the trial of this matter.

19.

As a result of said November 22, 2017 motor vehicle collision, Jatovenia suffered personal and bodily injuries including, but not limited to, injuries to her left shoulder and back. All of her

2018-11574

N

Section 8

FILED
2018 NOV 16 P 02:34
CIVIL
DISTRICT COURT

damages are serious in nature and require continuing medical care and treatment. The full residual effects are not yet known.

20.

Jatovenia's injuries and damages were directly caused by the negligent acts and omissions and/or commissions on the part of Defendant Healy and his failure to operate his vehicle in a proper, prudent, and safe manner.

21.

As a result of the motor vehicle collision at issue, Jatovenia suffered severe physical and mental injuries as well as inconvenience, entitling her to recover damages including, but not limited to:

a) Past, present, and future mental pain and suffering;
b) Past, present, and future physical pain and suffering;
c) Past, present, and future medical expenses;
d) Loss of enjoyment of life;
e) Past, present, and future lost wages;
f) Loss of earning capacity; and
g) All damages allowed under Louisiana law which may be proven at the trial of this matter.

WHEREFORE, Plaintiffs, Kieron Young and Jatovenia Walker, pray that Defendants, HENRY FRANKLIN HEALY, JR., ALISAM ENTERPRISES, LLC, AND AMTRUST INSURANCE COMPANY OF KANSAS, INC., be served with a copy of this Petition, and, after being duly cited to appear and respond thereto, and after the expiration of all legal delays, and due proceedings are had, there be judgment in favor of Plaintiffs and against Defendants in an amount of damages reasonable and found reasonable at trial, including penalties and attorney's fees as allowed by law, together with legal interest thereon, from the date of judicial demand until paid in full, as well as all costs of these proceedings, and all other general and equitable relief.

**\*\*SIGNATURE BLOCK ON NEXT PAGE\*\***

2018-11574

N

Section 8

FILED
2018 NOV 16  P 02:34
CIVIL
DISTRICT COURT

Respectfully Submitted,

PANDIT LAW FIRM, LLC

BY: _____

JASON M. BAER (# 31609)
RAJAN PANDIT (# 32215)
CASEY C. DEREUS (# 37096)
JOSHUA A. STEIN (# 37885)
JESSIE B. CALLAHAN (#38153)
701 Poydras Street, Suite 3950
New Orleans, LA 70139
Telephone: (504) 313-3800
Facsimile: (504) 313-3820
Email: jbaer@panditlaw.com
*Counsel for Plaintiffs*

PLEASE SERVE:

**HENRY FRANKLIN HEALY, JR.**
*Through the Louisiana Long Arm Statute:*
P.O. Box 421
Floreville, Texas 78114

**ALISAM ENTERPRISES, LLC**
*Through its Registered Agent through the Louisiana Long Arm Statute:*
Royce Brewer-Vogt
4300 NE Loop 410, Ste 150
San Antonio, Texas 78218

**AMTRUST INSURANCE COMPANY OF KANSAS, INC.**
*Through its Registered Agent:*
Louisiana Secretary of State
8585 Archives Avenue
Baton Rouge, Louisiana 70809

A TRUE COPY

DEPUTY CLERK CIVIL DISTRICT COURT
PARISH OF ORLEANS
STATE OF LA