UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**KIERON YOUNG, et al.**                                         **CIVIL ACTION**

**VERSUS**                                                       **NO. 19-617**

**HENRY FRANKLIN HEALY, et al.**                                 **SECTION: "G"(2)**

### ORDER

The Court having been advised that the parties have firmly agreed upon a compromise,[1]

**IT IS HEREBY ORDERED** that this action be and is hereby dismissed without costs and without prejudice to the right, upon good cause shown within sixty days, to reopen the action if settlement is not consummated. The Court retains jurisdiction to enforce the compromise agreed upon by the parties.

**IT IS FURTHER ORDERED** that the parties be directed to file an appropriate order of dismissal as soon as the settlement documents are executed. If no motion to reopen is filed, the case is officially closed and the Clerk of Court shall be relieved of responsibility of sending out further notices in this matter.

Counsel are reminded that, if witnesses have been subpoenaed, <u>every witness</u> must be notified by counsel not to appear.

**NEW ORLEANS, LOUISIANA**, this 30th day of July, 2019.

                                            _____
                                            **NANNETTE JOLIVETTE BROWN**
                                            **CHIEF JUDGE**
                                            **UNITED STATES DISTRICT COURT**

---

[1] *See* attached correspondence.



**Fw: Activity in Case 2:19-cv-00617-NJB-JCW Young, et al v Healy, et al Notice of Hearing**

**Shaveka Joshua**   to: Nannette Brown                                           07/30/2019 09:59 AM
Cc:   Sharion Scott, Jennifer Papa, Jo Neuman

Judge,

      I just received the email notification below that the referenced case has settled.

Thank You,

Shaveka M. Joshua
Case Manager to the Honorable Nannette Jolivette Brown, Chief Judge
United States District Court
Eastern District of Louisiana
500 Poydras Street, Suite C-205
New Orleans, LA 70130
Phone: (504) 589-7680
Shaveka_Joshua@laed.uscourts.gov

----- Forwarded by Shaveka Joshua/LAED/05/USCOURTS on 07/30/2019 09:55 AM -----

| | |
|---|---|
| From: | Stacie Coleman <scoleman@baerlawllc.com> |
| To: | "shaveka_joshua@laed.uscourts.gov" <shaveka_joshua@laed.uscourts.gov> |
| Cc: | Jason Baer <jbaer@baerlawllc.com>, Casey DeReus <cdereus@baerlawllc.com>, Josh Stein <jstein@baerlawllc.com>, Dana Ward <dward@baerlawllc.com>, "msistrunk@mcsalaw.com" <msistrunk@mcsalaw.com>, "Lori C. Freeman" <lcf@mcsalaw.com>, "Noelle L. Kinter" <nlk@mcsalaw.com>, "kburge@mcsalaw.com" <kburge@mcsalaw.com> |
| Date: | 07/30/2019 09:46 AM |
| Subject: | FW: Activity in Case 2:19-cv-00617-NJB-JCW Young, et al v Healy, et al Notice of Hearing |

Ms. Joshua,

Please accept this email as confirmation that this matter has settled and a 60 day Order of Dismissal can be issued and this Scheduling Conference removed from your calendar.

Thanks,
Stacie

**STACIE COLEMAN**
PARALEGAL

O: 504-372-0111            3000 KINGMAN STREET
F: 504-372-0151            SUITE 200
SCOLEMAN@BAERLAWLLC.COM    METAIRIE, LA 70006



PRIVILEGED AND CONFIDENTIAL: THIS E-MAIL, AND ANY ATTACHMENTS, CONTAINS INFORMATION THAT