UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| KIERON YOUNG AND JATOVENIA WALKER | * | CIVIL NO. 19-00617 |
| | * | |
| | * | SECTION: G(2) |
| PLAINTIFFS | * | |
| | * | |
| VERSUS | * | JUDGE NANNETTE JOLIVETTE |
| | * | BROWN |
| HENRY FRANKLIN HEALY, JR., | * | |
| ALISAM ENTERPRISES, LLC, AND | * | |
| AMTRUST INSURANCE COMPANY | * | MAGISTRATE JUDGE |
| OF KANSAS, INC. | * | JOSEPH C. WILKINSON, JR. |
| | * | |
| DEFENDANTS | * | A JURY TRIAL IS DEMANDED |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER OF DISMISSAL, WITH PREJUDICE

Considering the foregoing Motion for Dismissal, With Prejudice;

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that any and all claims asserted by and on behalf of plaintiffs, Kieron Young and Jatovenia Walker, against Henry Franklin Healy, Jr. Alisam Enterprises, LLC & Am Trust Insurance Company of Kansas, Inc., in the above captioned-suit be and hereby are dismissed, with prejudice, with each party to bear its own costs.

New Orleans, Louisiana, this 28th day of August, 2019.

_Nannette Jolivette Brown_
**NANNETTE JOLIVETTE BROWN**
**CHIEF JUDGE**
**UNITED STATES DISTRICT COURT**